```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

ANTHONY WILLIAMS,             )
                              )
  Plaintiff,                  )
                              )
    v.                        ) C.A. 04-12
                              )
                              ) Judge Lancaster
L.T. FORTE, *et al.*,         ) Magistrate Judge Caiazza
                              )
  Defendants.                 )

### ORDER

    IT IS HEREBY ORDERED that the Plaintiff shall provide proper instructions, **U.S. Marshal form 285** for service upon **each** Defendant, along with a **completed notice and waiver of summons**, and copies of the complaint for **each** Defendant, to the Clerk of Court, for the Western District of Pennsylvania, on or before November 14, 2005.


October 27, 2005                    s/Francis X. Caiazza
                                    Francis X. Caiazza
                                    U.S. Magistrate Judge

cc:
Anthony Williams, AY-6759
SCI Fayette
Box 9999
LaBelle, PA 15450-0999