# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) C.A. 04-12 |
| | ) Judge Lancaster |
| L.T. FORTE, et al., | ) Magistrate Judge Caiazza |
| Defendants. | ) |

## MEMORANDUM ORDER

AND NOW, this 23rd day of December, 2005;

A rule was issued upon the Plaintiff to show good cause why he has not complied with this court's order dated October 27, 2005. That order directed the Plaintiff to provide proper instructions for service upon the Defendants, along with a completed notice and waiver of summons and copies of the complaint for each Defendant to the Clerk of Court, for the Western District of Pennsylvania, on or before November 14, 2005. The rule was returnable by December 1, 2005. The Plaintiff was granted an extension of time to show good cause by December 15, 2005. The Plaintiff responded to the rule on December 19, 2005 but he failed to show good cause, or provide the court with proper instructions for service[1] on the Defendants. It being more

---

1. The court is in receipt of three copies of the complaint, which are being returned to the Plaintiff with this order.

than four months since the complaint was filed, IT IS HEREBY ORDERED that this case is dismissed, without prejudice.

_____
Gary L. Lancaster
U.S. District Court Judge

cc:
Anthony Williams, AY-6759
SCI Fayette
Box 9999
LaBelle, PA 15450-0999