In The United States District Court For
The Western District Of Pennslvania

Anthony Williams AY-6759  #NO. 04-12
pro-se Plaintiff

 VS.  Judge Gary L. Lancaster

Lt. Forte et al  U.S. Magerstrate Caiazza 2nd
Defendants

AND NOW, THIS 3 DAY OF april 07, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

MOTION FOR RECONSIDERATION
IT"s MEMORANDUM ORDER OF MARCH 6th.2007)
DISMISSAL FOR FAILURE TO TIMELY PROSECTE

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

plaintiff filed a civil action complaint in this court on **January 5th.2004)** against 15 Department of correctional officials for violation of his constitutional rights while,he was incaarcerated at **SCI-Fayett)** however, on**September 28th.2004)** he was transferred to **SCI-Huntingdon**).

plaintiff have informed the clerk of court of this court of his change of address. **SEE reply from the office of** the clerk acknowledging plaintiff's **Notice of change of address attacked as EXHIBIT 1"**

**neverthe less** this court continues to mail its order wherein plaintiff is directed to do a certain thing to **SCI-Fayett**, Box 9999, Labelle, Pa. 15450-1999 aitough  plaintiff is no longer housed there,

plaintiff, in response to Magistrate Judge Caiazza's recomendation that his complaint be dismissed, filed a motion for reconsideration that his complaint be dismissed, filed a motion for reconsideration and /or a motion for enlargement of time in which to comply with Magistrate Caiazza's order to provide proper forms for service of the complaint and waiver of summons on the defendants

CONTINUE ON PAGE (2)