IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LT. FORTE, et al., )<br>)<br>Defendants. ) | Civil Action No. 04-0012<br>Judge Gary L. Lancaster<br>Magistrate Judge Caiazza |

MEMORANDUM ORDER

Gary L. Lancaster,
District Judge.                                January 15, 2009

On December 29, 2008, this court adopted the November 3, 2008 Report and Recommendation [doc. no. 78] of Magistrate Judge Bissoon and dismissed all claims against Defendants Geragi, Williamson, O'Hara, Carnuche, Zaken, Good, Manson, Stickman, Delie, Ginchreaui, Simpson, James, and McConnell [doc. no. 81]. Plaintiff has since filed objections [doc. no. 82] to the Magistrate Judge's Report and Recommendation and a motion to alter or amend judgment and for relief from judgment [doc. no. 84].

We accept plaintiff's <u>nunc pro tunc</u> objections and upon review, we find them to be without merit. Accordingly, after a <u>de novo</u> review of the pleadings and documents in the case, together with the Report and Recommendation and plaintiff's objections thereto, the following order is entered:

AND NOW, this 15 day of January, 2009,

IT IS HEREBY ORDERED that this court's December 29, 2008 Order [doc. no. 81] is VACATED.

IT IS HEREBY ORDERED that the Partial Motion to Dismiss [doc. no. 72] is GRANTED with respect to all claims against Defendants Geragi, Williamson, O'Hara, Carnuche, Zaken, Good, Manson, Stickman, Delie, Ginchreaui, Simpson, James, and McConnell. The case will continue as to Defendants Forte and Ecsedy.

IT IS FURTHER ORDERED that the Report and Recommendation [doc. no. 78] of Magistrate Judge Bissoon, dated November 3, 2008, is again adopted as the opinion of this court.

BY THE COURT:

_____, J.

cc: All Counsel of Record

Anthony Williams AY-6759
SCI Smithfield
PO Box 999
Huntingdon, PA 16652