IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-0012 |
| | ) Judge Gary L. Lancaster |
| LT. FORTE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM ORDER

Gary L. Lancaster,
Chief Judge.

AND NOW, this 24 day of October, 2009, upon review of the case, the parties are invited to submit motions for summary judgment within thirty days of this date.

BY THE COURT:

_____, J.
Gary L. Lancaster,
Chief Judge,
United States District Court

cc: All parties of record