# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ANTHONY WILLIAMS, | ) |
|---|---|
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 04-12 |
| | ) Chief Judge Gary L. Lancaster |
| LT. FORTE, *et al.*, | ) Magistrate Judge Bissoon |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Anthony Williams' civil rights complaint was received by the Clerk of Court on January 5, 2004, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The matter was dismissed for failure to prosecute, but was remanded to this Court by the Court of Appeals. It was again assigned to Magistrate Judge Caiazza, but was reassigned to Magistrate Judge Cathy Bissoon on August 1, 2008.

The matter back to the undersigned on August 27, 2009, but Plaintiff filed a Motion for Partial Summary Judgment (Doc. 121), and that motion was referred to the Magistrate Judge Bissoon. The Magistrate Judge's Report and Recommendation, filed on April 6, 2010, recommended that Plaintiff's Partial Motion for Summary Judgment be denied. Plaintiff filed timely objections (Doc. 129).

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 12th day of May, 2010,

IT IS HEREBY ORDERED that Plaintiff's Partial Motion for Summary Judgment (Doc. 121) is DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Bissoon (Doc. 126), dated April 6, 2010, is adopted as the opinion of the court.

Gary L. Lancaster
Chief United States District Court Judge

cc:
**ANTHONY WILLIAMS**
AY-6759
SCI Smithfield
PO Box 999
Huntingdon, PA 16652