FILED

2010 JUL 03

U.S. DISTRICT COURT

United States District Court
Western District of Pennsylvania

Anthony Williams
Pro-se plaintiff's
vs.
Lt. Foite, et al
(Defendants)

Civil Action No. 04-12
Judge Gary L. Lancaster
Magistrate Cathy Bissoon

Motion for Alter/or Amend Judgement of this Court "order" dated June 14, 2010) denying Assignment of Counsel pursuant to 28 U.S.C. § 1915(c)(1) and F.R.Civ.P.(59) and (60) motion for relief from Judgement

1). Plaintiff motion for informa Pauperis, should have been granted. He has the following amount in his prison account according to prison accountant Ms. Debra Jadlocki $00.00

2). He has no job/or other source of income.

3). He has a serious case that involves in use of force applied maliciously and sadistically for the very purpose of causing harm!

AND NOW, THIS 7th DAY OF July, 10, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

(1)