# IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| Anthony Williams<br>pro-se-plaintiff<br>vs.<br>Lt. Forte / c/o Joe Ecsedy<br>et al (Defendants) | Civil Action No. 04-12<br>Judge Gary L. Lancaster<br>Magistrate Judge Bissoon<br><br>FILED<br>2010 AUG -9 PM 1:33<br>CLERK<br>US DISTRICT COURT |

## AMENDED MOTION FOR AN ORDER COMPELLING DISCOVERY AND PRODUCTION OF DOCUMENTS AND COPIES

1). Plaintiff moves this Court for an order pursuant to Rule 37(a) of the Fed. R. Civ. P. compelling the defendants to providing this listed request.

2). Plaintiff herein request discovery-request, for production of the listed documents pursuant to Rule 34 Fed. R. Civ. P. the plaintiff request that the defendants providing the plaintiff with copies/memo/etc. by making them available within a reasonable period of time for inspection...

AND NOW, THIS 30th DAY OF Aug, 10. IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE