```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

ANTHONY WILLIAMS,              )
        Plaintiff,             )
                               )
        v.                     )   Civil Action No. 04-12
                               )
LT. FORTE, ET AL.,             )
        Defendants.            )

<u>ORDER</u>

AND NOW, this 27th day of May, 2011, following a continuance of the trial in this instant case, IT IS HEREBY ORDERED that the United States Marshal and the Superintendent of the State Correctional Institution in Smithfield, Pennsylvania have Anthony Williams, AY-6759, present before the undersigned on Monday, September 26, 2011, at 9:30 a.m. for a pretrial conference, to be followed by jury selection and trial.  Upon completion of the trial in this matter, Anthony Williams, AY-6759, shall be returned to the custody of the Superintendent of the State Correctional Institution in Smithfield, Pennsylvania.

IT IS FURTHER ORDERED that the United States Marshal and the Superintendent of the State Correctional Institution in Dallas, Pennsylvania, have Arthur Commeger, AY-8721 present before the undersigned for testimony in the instant case on Monday, September 26, 2011.  Upon completion of his testimony, Arthur Commeger, AY-8721, shall be returned to the custody of the Superintendent of the State Correctional Institution in Dallas, Pennsylvania.

IT IS FURTHER ORDERED that the United States Marshal and the Superintendent of the State Correctional Institution in Labelle, Pennsylvania, have Anthony J. Veneri, AM-2547, present before the undersigned for testimony in the instant case on Monday, September 26, 2011. Upon completion of his testimony, Anthony J. Veneri, AM-2547, shall be returned to the custody of the Superintendent of the State Correctional Institution in Labelle, Pennsylvania.

BY THE COURT:


s/Gary L. Lancaster          ,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge



cc:     Anthony Williams, AY-6759
        S.C.I.-Smithfield
        P.O. Box 999
        Huntingdon, PA 16652

        Anthony M. Marmo,
        Deputy Attorney General
        6th floor, Manor Complex
        564 Forbes Avenue
        Pittsburgh, PA  15219

        United States Marshal