AND NOW, THIS 2nd DAY OF Sept 11, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

*[signature]*
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Anthony Williams
pro-se-plaintiff
vs.
Lt. Forte, et al
(Defendants)

: Civil Action No. 04-12
:
: Judge Gary L. Lancaster
:
: Magistrate Judge C Bissoon

MOTION FOR RECONSIDTION OF IT'S AUGUST 23rd ORDER DENIED SAID PERMISSION TO FILE AN AMENDED COMPLAINT UNDER Fed. R. Civ P. (59) & (60)

TO: THE Honorable THE Judges of THE Said Court

1. The plaintiff is still proceeding pro-se indigent, and asking this Honorable Court to exercise patience, due to the fact of plaintiff is pro-se litigant with limited knowledge of Law.

2. plaintiff is a layman and not educated in the fine arts of the law, and he must seek the assistance of other inmates.