AND NOW, THIS 2nd DAY OF Sept 11, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Anthony Williams<br>pro-se-plaintiff<br>vs.<br>Lt. Forte, et al<br>(Defendants) | Civil Action No. 0442<br>Judge Gary L. Lancaster<br>Magistrate Judge C Bissoon |

MOTION FOR RECONSIDTION OF IT'S AUGUST 23rd ORDER DENIED SAID PERMISSION TO FILE AN AMENDED COMPLAINT UNDER Fed. R. Civ P. (59) & (60)

TO: THE Honorable THE Judges of THE said Court

1. The plaintiff is still proceeding pro-se indigent, and asking this Honorable Court to exercise patience, due to the fact of plaintiff is pro-se litigant with limited knowledge of Law.

2. plaintiff is a layman and not educated in the fine arts of the law, and he must seek the assistance of other inmates.