IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY WILLIAMS, | ) | |
| | ) | Civil Action No. 04-12 |
| Plaintiff, | ) | |
| | ) | Judge Lancaster |
| v. | ) | |
| | ) | |
| LT. FORTE; JOE ECSEDY, | ) | |
| | ) | |
| Defendants. | ) | Electronically filed. |

## ORDER OF COURT

AND NOW, to-wit, this __15th__ day of __Sept__ 2011, upon consideration of the foregoing **Defendants' Response to Motion to Compel** it is hereby **ORDERED** that the Plaintiff's motion is **DENIED**.

BY THE COURT:

_____
J.