IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY WILLIAMS, )<br>　　Plaintiff, )<br>　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　)<br>LT. FORTE and C/O ECSEDY, )<br>　　Defendants. ) | Civil Action No. 04-12 |

### ORDER

AND NOW, this 27th day of September, 2011, for the reasons stated in open court at the pretrial conference held this date in the instant case, IT IS HEREBY ORDERED, that defendants' Oral Motion for Judgment under Rule 50 of the Federal Rules of Civil Procedure, is GRANTED as to plaintiff's failure to provide medical treatment claims against both defendants and DENIED as to plaintiff's claim of excessive force against defendant Forte.

BY THE COURT:

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Parties of Record