In The Untited States District Court
For The Western District Of Pennsylvania

Anthony Williams )
Pro-se Plaintiff )
vs. )
Lt. Forte et al )
(Defendants) )

CIVIL ACTION NO. 04-12

JUDGE GARY L. LANCASTER

MAGISTRATE JUDGE C. BISSOON

MOTION ~~MOTION~~ FOR NEW TRIAL UNDER RULE 59(a) AND 60(B) OF JUDGMENT OF SEPTEMBER 27th 2011, TRIAL COURT AND JURY VERDICT RE-TRIAL /OR RE-EXAMINATION OF SOME /OR ALL OF THE ISSUES DETERMINED IN AN EAR LIER, JUDGMENT THE TRIAL COURT MAY ORDER A NEW TRIAL BY MOTION OF A PARTY /OR ON THE COURTS OWN INITIATIVE. SEE Fed. R.Civ. P. 59 Fed. R.Crim. 33 SEE MOTION FOR NEW TRIAL REMAND (CASES FEDERAL CIVIL PROCEDURE 2311.NEW TRIAL 05.

1. The Plaintiff is still proceedings pro-se indigent and asking this honorable court to exercise patience due to the fact of the plaintiff is pro-se litigant with limited knowledge of law.

2. plaintiff is a layman and not educated in the fine arts of the law, he must seek the assistance of other inmates/ and Library clerk helper.

3. he was deny due-process and equal protection of the law when not allow a racial make-up jury of his peers from homewood /or hazewood/or the hill district a black person who is of equal stat us, rank or character with another way of life.

4. Prejudicial error a impartial jury paneel prepared by the depu ty, Attorney General Marmo praetor who for a specific trial were drawn by lot subject to challenge and sworn to office in a simila manner to modern juries list.

AND NOW, THIS 11 DAY OF Oct. 11, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

1