AND NOW, THIS 24 DAY OF Sept 12, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY WILLIAMS | CIVIL ACTION NO. 04-12 |
| PRO-SE INDIGENT | JUDGE GARY L. LANCASTER |
| VS. | MAGISTRATE JUDGE C. BISSOON |
| LT. FORTE, et al | |
| (DEFENDANTS) | |

PLAINTIFF MOTION FOR ORDER MANDATING

CLERK OF COURT"S AND /OR COURT STEADGHRAPHER, TO FURNISH COMPLETE COURT RECORDS TRANSCRIPTS INFORMA-PAUPERIS:

TO: THE HONORABLE JUDGE OF SAID COURT :

now come's the plaintiff Anthony Williams pro-se respectfully submit the follow act's and affidavit for order to furnish him with the above requested documents informa Pauperis:

1) that the plaintiff is presently confined at the state correctional instition at Houtzdale P.O. BOX 1000 / 209 institution Drive/ Houtzdale, Pa. zip 16698-1000

2) to furnished him the trial transcripts (see if objections were made, any motions that were filed motion to amend (if allowed to amend show how case could have been different.

3) plaintiff hereby makes this motion for transcripts of the trial of Sept.27,2011) and in support thereof:

a) avers, the following facts:

b) on sept. 27th.2011) plaintiff had a trial:

c) the officials court reporter transcripts & testimony during trial of said court listed date of 9/27/11).

d) currently the plaintiff requires these transcripts to file the requirer U.S. 3rd cir. court of appeals informal brief before **August 27th.2012) "ORDER"**.

Wherefore, your plaintiff prays this honorable courts and / or court stenographer, ordering the same to furnish plaintiff with a certified copy of these respective, records and discovery.

date 7/31/12

respectfully submitted
(S) [signature]